# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF ILLINOIS
# SPRINGFIELD DIVISION

| | |
|---|---|
| DEANGELO C. BIVENS, | ) |
| Plaintiff, | ) ) ) |
| -vs- | ) No. 19-cv-3088-MMM |
| TODD SHUFFLER, *et al.*, | ) ) ) |
| Defendants. | ) |

## DEFENDANTS' ANSWER AND AFFIRMATIVE DEFENSES

Defendants Todd Sheffler, Jeffrey Settles and Clint Zoller, ("Defendants"), by and through their attorney, Kwame Raoul, Attorney General for the State of Illinois, and pursuant to the Court's Merit Review Order of July 10, 2019 [Doc. 8], provides the following Answer and Affirmative Defenses to Plaintiff's Complaint, [Doc. 1], stating as follows:

## ALLEGATIONS ENUMERATED IN COURT ORDER DATED JULY 10, 2019 [DOC. 8]

1. Pursuant to its merit review of the Plaintiff's Complaint under 28 U.S.C. § 1915(A), the Court found that Plaintiff stated an Eighth Amendment claim for excessive force against Defendants Sheffler and Settles.

   **ANSWER:** Defendants admit that the Court has found that the complaint states a claim under 42 U.S.C. § 1983, but deny any violation of Plaintiff's Eight Amendment rights or any other constitutional rights.

2. The Court also found that Plaintiff's Complaint states an Eighth Amendment claim for failure to intervene against Defendant Zoller.

   **ANSWER:** Defendants admit that the Court has found that the complaint states a claim under 42 U.S.C. § 1983, but deny any violation of Plaintiff's Eight Amendment rights or any other constitutional rights.

## GENERAL DENIAL

Defendants expressly deny any allegation not specifically admitted.

## REQUESTED RELIEF

1. Defendants deny that Plaintiff is entitled to compensatory damages.

2. Defendants deny that Plaintiff is entitled to punitive damages.

3. Defendants deny that Plaintiff is entitled to any other relief.

## JURY DEMAND

Defendant respectfully requests trial by jury.

## AFFIRMATIVE DEFENSES

1.  At all times relevant herein, Defendants acted in good faith in the performance of their official duties and without violating Plaintiff's clearly established statutory or constitutional rights of which a reasonable person would have known. Defendants are therefore protected from suit by the doctrine of qualified immunity.

2.  To the extent that Plaintiff is suing Defendants for injunctive relief that is not intended to address ongoing constitutional violations, the Eleventh Amendment and the doctrine of sovereign immunity bar such claims.

3.  To the extent Plaintiff seeks damages from Defendants in their official capacity, Defendants are protected from liability by the Eleventh Amendment.

4.  To the extent Plaintiff has failed to adhere to the Illinois Department of Corrections grievance procedures, his claim should be barred for failure to exhaust his administrative remedies prior to the initiation of this cause of action, which serves as a bar to Plaintiff's claims by the Prison Litigation Reform Act (42 U.S.C. § 1997) and *Perez v. Wisconsin Dept. of Corrections*, 182 F. 3ed 532 (7th Cir. 1999).

**WHEREFORE**, Defendants request that this Honorable Court enter judgment in their favor and against Plaintiff, DEANGLO BIVENS.

Dated: September 5, 2019                  Respectfully submitted,

Kwame Raoul
Attorney General of the State of Illinois           By:   s/ *Lindsay Rose VanFleet*
*Counsel for Defendants*                                Lindsay Rose VanFleet
TODD SHEFFLER                                           Assistant Attorney General
JEFFREY SETTLES                                         Office of the Illinois Attorney
CLINT ZOLLER                                            General
                                                        1776 East Washington Street
                                                        Urbana, Illinois 61802
                                                        Phone: (217) 278-3331
                                                        E-Mail: LVanFleet@atg.state.il.us

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE CENTRAL DISTRICT OF ILLINOIS**
**SPRINGFIELD DIVISION**

| | |
|---|---|
| DEANGELO C. BIVENS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| -vs- | )   No. 19-cv-3088-MMM |
| | ) |
| TODD SHUFFLER, et al., | ) |
| | ) |
| Defendants. | ) |

**CERTIFICATE OF SERVICE**

I hereby certify that on September 5, 2019, I electronically filed the foregoing *Defendants' Answer and Affirmative Defenses*, with the Clerk of Court using the CM/ECF system, and I hereby certify that on that same date, I caused a copy of same to be mailed by United States Postal Service, in an envelope fully prepaid and properly addressed, to the following participant:

DeAngelo C Bivens
M34117
HILL CORRECTIONAL CENTER
Inmate Mail/Parcels
PO Box 1700
Galesburg, IL 61401

                                                Respectfully submitted,

                                                *s/  Lindsay Rose VanFleet*
                                                Lindsay Rose VanFleet
                                                Assistant Attorney General
                                                Office of the Illinois Attorney General
                                                1776 East Washington Street
                                                Urbana, Illinois 61802
                                                Phone: (217) 278-3331
                                                E-Mail: LVanFleet@atg.state.il.us