Judgment in a Civil Case (02/11)

# UNITED STATES DISTRICT COURT
for the
Central District of Illinois

| | |
|---|---|
| **DeAngelo C. Bivens,** | ) |
| **Plaintiff,** | ) |
| vs. | ) Case Number: 19-3088 |
| **Todd Sheffler, Jeffrey Settles, Eager, Hamilton, Clint Zoller and Watson.** | ) |
| **Defendant.** | ) |

## JUDGMENT IN A CIVIL CASE

☐ **JURY VERDICT**.   This action came before the Court for a trial by jury.   The issues have been tried and the jury has rendered its verdict.

☒ **DECISION BY THE COURT**.   This action came before the Court, and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that Plaintiff DeAngelo C. Bivens' action against Defendants Todd Sheffler, Jeffrey Settles, Eager, Hamilton, Clint Zoller and Watson is dismissed without prejudice for failure to exhaust administrative remedies.

**Dated: 5/5/2021**

s/ Shig Yasunaga
Shig Yasunaga
Clerk, U.S. District Court

MMM